```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                       DIVISION OF ST. THOMAS AND ST. JOHN

WHITECAP INVESTMENT CORP. d/b/a/      )
PARADISE LUMBER,                      )
                                      )
            Plaintiff,                )
                                      )
            v.                        )    Civil No. 2010-139
                                      )
PUTNAM LUMBER & EXPORT COMPANY; PUTNAM)
FAMILY PROPERTIES, INC.; GREAT        )
SOUTHERN WOOD PRESERVING, INC.; MIKE  )
NOBLE; XYZ CORP.; JOHN DOE; and JANE  )
DOE,                                  )
                                      )
            Defendants,               )
                                      )
            and                       )
                                      )
GARY CHAPIN                           )
                                      )
            Intervenor-defendant.     )
                                      )
──────────────────────────────────────
                                      )
PUTNAM FAMILY PROPERTIES, INC.,       )
                                      )
            Cross-claimant,           )
                                      )
            v.                        )
                                      )
GREAT SOUTHERN WOOD PRESERVING, INC., )
                                      )
            Cross-claim defendant.    )
                                      )
──────────────────────────────────────
                                      )
PUTNAM LUMBER & EXPORT COMPANY,       )
                                      )
            Cross-claimant,           )
                                      )
            v.                        )
                                      )
GREAT SOUTHERN WOOD PRESERVING, INC., )
                                      )
            Cross-claim defendant.    )
                                      )
──────────────────────────────────────
```

| | |
|---|---|
| **MIKE NOBLE,** | ) |
| | ) |
| Cross-claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| **GREAT SOUTHERN WOOD PRESERVING, INC.,** | ) |
| | ) |
| Cross-claim defendant. | ) |
| | ) |
| | ) |
| **PUTNAM FAMILY PROPERTIES, INC.,** | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| **WHITECAP INVESTMENT CORP. d/b/a** | ) |
| **PARADISE LUMBER,** | ) |
| | ) |
| Counterclaim defendant. | ) |
| | ) |

**ATTORNEYS:**

**Alex Moskowitz, Esq.**
Dudley, Topper & Feuerzeig
**Christopher A. Kroblin, Esq.**
**Shari N. D'Andrade, Esq.**
**Erika A. Kellerhals, Esq.**
Kellerhaals Ferguson Fletcher Kroblin LLP
St. Thomas, VI
 *For the plaintiff/counterclaim defendant Whitecap*
 *Investment Corp. d/b/a Paradise Lumber,*

**Lisa M. Kömives, Esq.**
Bolt Nagi PC
St. Thomas, VI
**Robert A. Carlson, Esq.**
Lee, Hernandez, Landrum, Garofalo and Blake APC
Miami, FL
 *For the defendants/cross-claimaints Putnam Lumber & Export*
 *Co. and Mike Noble; and for the defendant/cross-*
 *claimant/counterclaimant Putnam Family Properties, Inc,*

**Daryl C. Barnes, Esq.**
**Sunshine Benoit, Esq.**
Bryant, Barnes, Moss & Beckstedt
St. Croix, VI
**Lee M. Hollis, Esq.**
**Stewart Andrew Kelly, Esq.**
Lightfoot, Franklin & White, LLC
Birmingham, AL
   *For the defendant/cross-claim defendant Great Southern Wood*
   *Preserving, Inc.*,

**Terri L. Griffiths, Esq.**
Terri Griffiths, Attorney at Law
Carbonadale, IL
   *For the intervenor-defendant Gary Chapin*.

## ORDER

**GÓMEZ, C.J.**

Before the Court is the motion of the defendant/cross-claimant Mike Noble ("Noble") for summary judgment on all counts asserted against him in the Complaint.

For the reasons more fully stated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that Noble's motion for summary judgment is **GRANTED IN PART,** insofar as it seeks summary judgment with respect to Count Two of the Complaint; it is further

**ORDERED** that Count Two of the Complaint be and hereby is **DISMISSED** as against Noble; and it is further

**ORDERED** that, with respect to the remaining counts pending against Noble, Noble's motion for summary judgment is **DENIED.**

S\_____
   **Curtis V. Gómez**
   **Chief Judge**